

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00616-CV

**THE CITY OF LAREDO**,
Appellant

v.

Martina **LIMON**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2010-CVT-000673 D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, Martina Limon, recover her costs of this appeal from the appellant, The City of Laredo.

SIGNED November 6, 2013.

_____
Catherine Stone, Chief Justice